IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONI Y. NEELY                                                                                          PLAINTIFF

vs.                                             Civil No. 4:12-cv-4076

CAROLYN W. COLVIN,
Commissioner, Social Security Administration                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed September 11, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees (ECF No. 15) be granted. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Attorney Fees (ECF No. 15) is **GRANTED** and Plaintiff is awarded $3,034.44 in attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 2nd day of October, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge